**No. 11-301. Saint-Gobain Ceramics & Plastics, Inc., Petitioner v. Siemens Medical Solutions USA, Inc.**

565 U.S. 1012, 132 S. Ct. 570, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 7960.

November 7, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 637 F.3d 1269.

**No. 11-5149. Larry Welenc, Petitioner v. Florida (two judgments).**

565 U.S. 1012, 132 S. Ct. 570, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 7982.

November 7, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5682. Carlos Reyes, Petitioner v. United States.**

565 U.S. 1012, 132 S. Ct. 571, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 8000.

November 7, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-6227. Charles W. Hampton, Petitioner v. J.W. Squire Co., Inc.**

565 U.S. 1012, 132 S. Ct. 571, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 8009.

November 7, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until November 28, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-1032. Steve Magner, et al., Petitioners v. Thomas J. Gallagher, et al.**

565 U.S. 1013, 132 S. Ct. 548, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 8002.

November 7, 2011. Motion of International Municipal Lawyers Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted.

Same case below, 619 F.3d 823.

**No. 10-9646. Evan Miller, Petitioner v. Alabama.**

565 U.S. 1013, 132 S. Ct. 548, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 7959.

November 7, 2011. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama granted. The case is to be argued in tandem with No. 10-9647, Jackson v. Hobbs, Director, Arkansas Department of Correction, immediately infra.

Same case below, 63 So. 3d 676.